PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Moss | Case Number: 3:01-00102-001 |

Name of Judicial Officer: The Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge

Date of Original Sentence: May 23, 2002

Original Offense: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Methamphetamine

Original Sentence: 97 months' custody and 5 years' supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: May 23, 2009 |
| Assistant U.S. Attorney: None Assigned | Defense Attorney: William B. Bruce |

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28th day of December, 2012, and made a part of the records in the above case.

Thomas A. Wiseman
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place: Nashville, Tennessee

Date: December 11, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On November 14, 2012, Mr. Moss tested positive for methamphetamine and amphetamine. He denied use of methamphetamine but admitted using amphetamine, stating that he had illegally purchased the prescription drug Adderall from a woman he knows. He further admitted to drinking bleach with milk prior to arrival for drug testing in an attempt to have a negative drug test. His urine sample was very diluted. On December 6, 2012, Mr. Moss again tested positive for methamphetamine and amphetamine. The urine sample was again diluted. He denied drug use since November 14, 2012, but the positive lab results for methamphetamine indicate recent use of the drug.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Moss began supervision on May 23, 2009. He has maintained full-time employment during supervision and currently is employed by Tennessee Steel Erectors.

The Court was notified on July 10, 2012, that Mr. Moss had been arrested on May 29, 2012, and charged with Possession of Stolen Property by the Robertson County Sheriff's Department. He was arrested on June 6, 2012, on a warrant from Kentucky State Police for Theft by Unlawful Taking over $10,000. His case in Robertson County was dismissed on December 3, 2012. His case in Allen County, Kentucky is still pending.

As a result of the positive drug tests, drug testing has been increased. Mr. Moss was referred for a substance abuse assessment on November 20, 2012. He previously informed that prior to his arrest in 2000, he used methamphetamine daily.

### U.S. Probation Officer Recommendation:

It is recommended that Mr. Moss be continued on supervised release with no further action at this time to give an opportunity to benefit from substance abuse treatment. He has been reprimanded for his violation behavior and advised that continued disregard of his conditions of supervised release may result in sanctions by the Court.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer