UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01-00102 |
| | ) | CHIEF JUDGE HAYNES |
| ROBERT MOSS | ) | |

## AGREED MOTION TO CONTINUE REVOCATION HEARING

Defendant Robert Moss respectfully requests that this Court continue his revocation hearing, which is set for Monday, November 18, 2013, by a period of 60 days because the parties need additional time to consider the violations. Undersigned counsel has conferred with counsel for the government, Assistant United States Attorney Lee Deneke, who states that he is in agreement with this request.

[Handwritten annotation: "ORDER / This motion is GRANTED / William J. Haynes / 11-15-13"]

Respectfully submitted,

s/ Michael C. Holley
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Robert Moss

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing *Agreed Motion to Continue Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. William Lee Deneke**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Michael C. Holley
MICHAEL C. HOLLEY