UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:01-cr-00102 |
| v. | ) | Judge Haynes |
| | ) | |
| ROBERT MOSS | ) | |

MOTION TO CONTINUE REVOCATION HEARING

The United States respectfully requests a continuance of approximately two months for the supervised release revocation hearing in this case, presently set for November 18, 2013. The defendant's attorney, Michael Holley has been consulted and does not object to the Court granting this delay. Mr. Moss is free on bond at this time.

The parties need additional time to investigate the allegations in this case. Mr. Moss is charged with possession of a firearm, but maintains that the firearm observed by the Probation Officer was a BB gun. There is additional investigation needed surrounding the methamphetamine charges, and additional time is necessary to formulate a reasonable resolution of this matter agreeable to all interested parties..

Accordingly, the government moves for a continuance in the revocation hearing until after January 15, 2014.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151